AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Mahali Benjamin<br><br>Defendant. | Case No. 20-6230-AOV |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  7/31/2018 to 6/10/2020  in the county of  Broward  in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Lauren Darden, SA FBI
*Printed name and title*

Sworn in my presence by Video.

Date: June 10, 2020

*Judge's signature*

City and state: Fort Lauderdale, Florida

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lauren Darden, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a SA with the FBI since March 2019. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers and wireless telephones and have discussed and reviewed these materials with other law enforcement officers. Prior to my employment as a Special Agent, I was employed by the North Carolina State Bureau of Investigation Alcohol Law Enforcement Branch as a Special Agent from April 2015- March 2019. As such, I investigated crimes concerning alcohol related violations, controlled substances, gambling, and tobacco related investigations.

3. This Affidavit is submitted in support of a criminal complaint which charges Mahali Benjamin (herein after referred to as BENJAMIN) with possession and distribution of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States

1

Code, Section 2252(a)(4)(B) and (b)(2) and Title 18, United States Code, Section 2252(a)(2) and (b)(1).

4. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against BENJAMIN for the aforementioned criminal violations.

## SUMMARY OF THE INVESTIGATION

5. BENJAMIN resides at 935 NE 33rd ST, Oakland Park, FL 33334 (the "Residence"). On June 2, 2020, a federal search warrant was obtained directing law enforcement to search the Residence. The search warrant was obtained based on probable cause to believe that there had been a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and Title 18, United States code, Section 2252(a)(2) and (b)(1) and that evidence of said violations existed at the Residence.

6. On June 10, 2020, law enforcement executed the federal search warrant at the Residence and seized, among other things, an iBuypower desktop computer with serial number 01163167309087.

7. Present during the search of the residence was BENJAMIN. BENJAMIN was interviewed and waived his *Miranda* rights. BENJAMIN admitted that he had been downloading child pornography from the Internet and viewing it on the aforementioned computer. BENJAMIN stated that he stored child pornography on the aforementioned computer. BENJAMIN further

2

admitted to sending other individuals child pornography while chatting with them on the Internet. The chats and the files he distributed to others were found on his computer.

8. The following files were located on the hard disk from the aforementioned computer and are described as follows:

a. Bandicam 2018-07-31 01-12-05-057 ava.avi. This video depicted a prepubescent female being anally penetrated by an adult male. This file was distributed by the Defendant on July 31, 2018.

b. Bandicam 2018-12-02 23-02-46-849 ava.avi. This video depicted multiple prepubescent females performing oral sex on adult males. This file was distributed by the Defendant on December 2, 2018.

c. Bandicam 2019-01-24 01-56-07-983.avi. This video depicted a prepubescent female inserting an object into her vagina. This file was distributed by the Defendant on January 24, 2019.

## Conclusion

9. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of Mahali BENJAMIN for possession and distribution of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States

Code, Section 2252(a)(4)(B) and (b)(2) and Title 18, United States Code, Section 2252(a)(2) and (b)(1).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Lauren Darden
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 10th day of June, 2020

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: _____ Benjamin Mahali _____

_____ Pre-Trial Detention recommended _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____*M. Catherine Koontz*_____
AUSA:   M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   Lauren Darden SA FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   **(OTHER)**